**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1096**

STARSHA M. SEWELL, M.Ed.,

Plaintiff - Appellant,

v.

STRAYER UNIVERSITY; ROBERT SILBERMAN; KARL MCDONNELL,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:16-cv-00159-PWG)

Submitted: May 15, 2018                    Decided: May 17, 2018

Before DUNCAN, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Starsha M. Sewell, Appellant Pro Se. John Byron Flood, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha M. Sewell appeals the district court's order striking her motion for reconsideration of her Fed. R. Civ. P. 60(b) motion and directing that the motion for reconsideration be stricken from the district court's docket. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Sewell's informal brief does not challenge the basis for the district court's disposition, Sewell has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*